IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20458
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SERGIO QUEZADA-SALAZAR,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CR-493-1
--------------------
August 23, 2000

Before KING, Chief Judge, and POLITZ and WIENER, Circuit Judges.

PER CURIAM:[*]

Sergio Quezada-Salazar appeals the sentence imposed after he pleaded guilty to a charge of illegal reentry to the United States following deportation in violation of 8 U.S.C. §§ 1326(a),(b). Specifically, Quezada-Salazar challenges the district court's imposition of a sixteen-level increase to his offense level pursuant to U.S.S.G. § 2L1.2(b)(1)(A), arguing that his prior conviction for transporting an alien is not an aggravated felony.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Quezada-Salazar's position is foreclosed by our opinion in *United States v. Monjaras-Castaneda*, 190 F.3d 326, 331 (5th Cir. 1999), *cert. denied*, 120 S. Ct. 1254 (2000).

This appeal is without arguable merit and is thus frivolous. *Howard v. King*, 707 F.2d 215, 219-20 (5th Cir. 1983). It is therefore DISMISSED. 5th Cir. R. 42.2. Counsel is cautioned to be aware of the Supreme Court's directive in *Anders v. California*, 386 U.S. 738 (1967).

APPEAL DISMISSED.